# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:09CR337 |
| Plaintiff, | |
| vs. | ORDER |
| **SALVADOR CUEVAS, and** **JOSE E. COVARRUBIAS,** | |
| Defendants. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 60). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendants.

IT IS ORDERED that the government's Motion for Dismissal (Filing No. 60) is granted.

DATED this 26th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge